IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF:         )        CASE NO. 08-50615
                                )        JUDGE SHEA-STONUM

BRANDEE L. COLLINS      )        CHAPTER 7
                                )
                                )
DEBTOR                  )

FILED
2009 DEC 31 PM 1: 15
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1.    Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

THOMAS COLLINS/COLLINS CONSTRUCTION     $915.53
C/O HAROLD A. CORZIN, ATTORNEY, CORZIN
SANISLO & UFHOLZ, LLC, 304 N. CLEVELAND-M
AKRON, OH 44333

2.    Trustee's check for $915.53, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3.    Nothing further remains to be done in this case.

Date: December 30, 2009          /s/ KATHRYN A. BELFANCE
                                      KATHRYN A. BELFANCE
                                      TRUSTEE

Ck # 107
receipt # 81167